**LARRY L. VAUGHT ROOFING, INC., Respondent,**

v.

**TRUOG REAL ESTATE COMPANY, Appellant.**

**No. WD 41264.**

Missouri Court of Appeals, Western District.

July 3, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1989.

Application to Transfer Denied Nov. 14, 1989.

James B. Jackson, Kansas City, for appellant.

Lee B. Brumitt, Kansas City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from judgment of trial court in an action for breach of contract.

Judgment affirmed. Rule 84.16(b).